UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD THOMPSON, | ) | CASE NO. CV 99-00051 (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER RE APPLICATION FOR FEES UNDER 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

Having reviewed the supplemental memoranda filed by the parties, together with the original papers, and being fully advised, the Court concludes that the requested amount of $18,800 is an appropriate amount of fees under 42 U.S.C. § 406(b). Accordingly, the Commissioner shall pay this amount, out of past-due benefits, to Plaintiff's counsel. Upon receipt of the monies, Plaintiff's counsel shall reimburse Plaintiff the previously-awarded EAJA fees of $3,800.

IT IS SO ORDERED.

DATED: February 25, 2009

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE